IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-1843-AP**

**SOLOMON T. BISHARA,**

   Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

   Defendant.

## ORDER OF DISMISSAL

Kane, J.

  Upon consideration of the Plaintiff's Unopposed Motion to Dismiss Complaint (doc. #7), filed October 11, 2011, it is

  **ORDERED** that the Motion is **GRANTED**.  The complaint is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

  Dated:  October 12, 2011

            BY THE COURT:

            *S/John L. Kane*
            JOHN L. KANE, SENIOR JUDGE
            UNITED STATES DISTRICT COURT